IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:11-MJ-1329-WW-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GERALD L. SANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on the defendant's unopposed motion (D.E. 12) to withdraw his plea of guilty to counts 2 and 4 of the information (D.E. 1), which he entered before the undersigned on 12 July 2011. For good cause shown, the motion is GRANTED, and his guilty plea is hereby deemed WITHDRAWN.

SO ORDERED, this the 2nd day of September 2011.

James E. Gates
United States Magistrate Judge